# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

SHARONE E. BERRY,

       **Plaintiff,**

v.                                **Case No. 1:17cv151-MW/CAS**

NANCY A. BERRYHILL,
**Acting Commissioner of Social Security.**

       **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**." The request for oral argument is **DENIED**. The Clerk shall close the file.

**SO ORDERED on March 1, 2018.**

                               **s/Mark E. Walker**_____
                               **United States District Judge**